IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HIPOLITO FRANKLYN CEPEDA FELIX,

      Appellant,

v.

Case No. 5D21-1973
LT Case No. 2016-CF-2031

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed August 9, 2022

3.850 Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Matthew R. McLain, of McLain Law,
P.A., Longwood, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

AFFIRMED. *See King v. State*, 260 So. 3d 985, 995–96 (Fla. 2018); *McMillian v. State*, 305 So. 3d 837, 838 (Fla. 1st DCA 2020); *State v. Ling*, 212 So. 3d 530, 533 (Fla. 1st DCA 2017); *Reyes v. State*, 149 So. 3d 89, 91–92 (Fla. 4th DCA 2014).

LAMBERT, C.J., WALLIS and WOZNIAK, JJ., concur.